IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:24-cr-212-RAH-KFP |
| ) | |
| ETHAN BROWN, RUEBEN BROWN, ) | |
| BRANDON GAGE, KERRY ) | |
| HAWTHORNE, DESTINIE JAMES, ) | |
| JOEY PAYNE, KEENAN WATSON ) | |

## ORDER

On September 19, 2024, this Court entered Pretrial Conference Orders detailing that proposed jury instructions are due one week before jury selection. Docs. 135-140, 141-142. For good cause, it is ORDERED that the Pretrial Conference Orders (Docs. 135-140, 141-142) are amended to the extent that proposed jury instructions are due **two weeks before jury selection**.

DONE this 20th day of September, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE